# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**WENDY SHERMAN,**

    **Plaintiff,**

  v.                             **Case No. 2:22-cv-4161**
                                      **JUDGE EDMUND A. SARGUS, JR.**
                                      **Magistrate Judge Kimberly A. Jolson**

**PUBLIC EMPLOYEES RETIREMENT SYSTEM, et al.,**

    **Defendants.**

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss for Failure to Prosecute. (ECF No. 38.)  Defendants note that Plaintiff has twice failed to appear for depositions.  (*Id.* at PageID # 216.)  Plaintiff is now proceeding *pro se*.  (ECF No. 37.)

The Court **DENIES** without prejudice Defendants' Motion to Dismiss for Failure to Prosecute (ECF No. 38.)  Defendants are hereby **ORDERED** to propose another date to depose Plaintiff.  Should Plaintiff fail to confirm a date or fail to show up for her deposition again, Defendant shall notify the Court by filing a renewed Motion to Dismiss for Failure to Prosecute, and the Court will dismiss this case for lack of prosecution.

All case deadlines are hereby **STAYED**, and the Trial Schedule (ECF No. 32) is **VACATED**.

    IT IS SO ORDERED.

**12/12/2023**                                                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                                                            **EDMUND A. SARGUS, JR.**
                                                                                 **UNITED STATES DISTRICT JUDGE**